Submitted July 23, affirmed September 9, 2021

SCOTT BRIAN STEFFLER,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A172937

495 P3d 218

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Neil F. Byl, Deputy Public Defender, Office of Public Defense Services, filed the brief for petitioner. Scott Brian Steffler filed the supplemental brief *pro se*.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher Page, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Kamins, Judge, and Kistler, Senior Judge.

PER CURIAM

Affirmed. *State v. Myers*, 218 Or App 635, 180 P3d 759, *rev den*, 344 Or 671 (2008); *Pitchforth v. Board of Parole*, 302 Or App 381, 457 P3d 379, *rev den*, 366 Or 552 (2020).